

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LINDA LEE MACK, Plaintiff
v.
CAROL ADAMS, Secretary, etc.
and BARRY MARAM, etc.
Defendants

08CV3127
JUDGE KENNELLY
MAG. JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Linda Lee Mack

| | |
|---|---|
| NAME (Type or print) Steven C. Perlis | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM ELDER LAW OFFICE OF STEVEN C. PERLIS AND ASSOCIATES, P.C. | May 30, 2008 |
| STREET ADDRESS 3345 N. Arlington Heights Road, Suite D | FILED |
| CITY/STATE/ZIP Arlington Heights, IL 60004 | MAY 3 0 2008 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 847-818-1138 | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐