UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case

Linda L. Mack (a/k/a Lynne L. Mack)

v.

Barry S. Maram, in his capacity as Director of the Illinois Department of Healthcare and Family Services and Carol L. Adams, in her capacity as Secretary of the Illinois Department of Human Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Linda L. Mack (a/k/a Lynne L. Mack)

08CV3127
JUDGE KENNELLY
MAG. JUDGE COX

| SIGNATURE | /s/ Helen Mesoloras |
|---|---|
| FIRM | The Elder Law Office of Steven C. Perlis and Associates, P.C. |
| STREET ADDRESS | 3345 N. Arlington Heights Road, Suite D |
| CITY/STATE/ZIP | Arlington Heights, IL 60004 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6283523 | 847-818-1138 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

FILED MAY 30, 2008
MAY 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT