**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3127 |
|---|---|

LINDA L. MACK v. BARRY S. MARAM, in his official capacity as Director of the Illinois Dep't of Helthcare & Family Services; and CAROL L. ADAMS, in her official capacity as Secretary of the Illinois Dep't of Human Services.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARRY S. MARAM, in his official capacity as Director of the Illinois Department of Healthcare and Family Services.

| NAME (Type or print) |
|---|
| Christopher S. Gange |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Christopher S. Gange |

| FIRM |
|---|
| Illinois Attorney General's Office |

| STREET ADDRESS |
|---|
| 160 N. LaSalle Street, Suite N-1000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6255970 | 312-793-2380 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐