**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08-cv-3127

Mack v. Maram, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carol L. Adams, in her official capacity as Secretary of the Illinois Department of Human Services

| |
|---|
| NAME (Type or print) <br> James A. Lang |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James A. Lang |
| FIRM <br> Illinois Attorney General |
| STREET ADDRESS <br> 100 W Randolph St, 13th Floor |
| CITY/STATE/ZIP <br> Chicago IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06211100 | TELEPHONE NUMBER <br> 312-814-5694 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |