## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LINDA L. MACK, a/k/a LYNNE L. MACK,<br><br>  Plaintiff,<br><br>  v.<br><br>BARRY S. MARAM, *et al.*<br><br>  Defendants. | )<br>)<br>) Case No.   08-cv-3127<br>)<br>) Hon. Judge Kennelly<br>)<br>) Hon. Magistrate Judge Cox<br>)<br>)<br>) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kennelly, or any judge sitting in his stead, in Courtroom 2103, in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **Motion to Dismiss**, a copy of which has been served upon you, at which time and place you may appear.

|   |   |
|---|---|
| **LISA MADIGAN**<br>**Illinois Attorney General** | Respectfully Submitted:<br>s/JAMES A. LANG<br>IL Bar 06211100<br>Assistant Attorney General<br>General Law Bureau<br>100 W Randolph St, 13th FL<br>Chicago IL  60601<br>Phone:    (312) 814-5694<br>Fax:       (312) 814-4425<br>jlang@atg.state.il.us |

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served this July 28, 2008, upon the individuals identified below in the manner indicated.

STEVEN C. PERLIS
ELDER LAW OFFICE OF
  STEVEN C. PERLIS & ASSOC., P.C.
3345 N ARLINGTON HEIGHTS RD
STE D
ARLINGTON HEIGHTS IL 60004-1531

BY CM/ECF