# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LINDA L. MACK (a/k/a LYNNE L. MACK) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 3127 |
| | ) | |
| BARRY S. MARAM, in his official capacity | ) | Judge Kennelly |
| as Director of the Illinois Department of | ) | Magistrate Judge Cox |
| Healthcare and Family Services; and | ) | |
| CAROL L. ADAMS, in her official capacity | ) | |
| as Secretary of the Illinois Department of | ) | |
| Human Services; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Steven C. Perlis                                   James A. Lang
     Helen Mesoloras                                    Assistant Attorney General
     Elder Law Office of Steven C. Perlis & Assoc.      100 W. Randolph St. 13th Floor
     3345 N. Arlington Heights Rd., Suite D             Chicago, Illinois 60601
     Arlington Heights, Illinois 60004-1591

   PLEASE TAKE NOTICE THAT, on August 5, 2008, at 9:30 a.m. the undersigned shall appear before the Honorable Matthew F. Kenelly, United States District Judge, in Courtroom 2103 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and present Defendant Maram's Motion to Dismiss the Plaintiff's Third Statement of Claim. True and correct copies of (1) DEFENDANT MARAM'S MOTION TO DISMISS THE PLAINTIFF'S THIRD STATEMENT OF CLAIM, and (2) DEFENDANT MARAM'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS THE PLAINTIFF'S THIRD STATEMENT OF CLAIM, filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, are herewith served upon you.

| | |
|---|---|
| JOHN E. HUSTON | LISA MADIGAN |
| CHRISTOPHER S. GANGE | Attorney General |
| Assistant Attorneys General | State of Illinois |
| 160 N. LaSalle Street, Suite N-1000 | |
| Chicago, Illinois 60601 | By:  *John E. Huston* |
| Telephone: (312) 793-2380 | ASSISTANT ATTORNEY GENERAL |

Dated: July 30, 2008

## CERTIFICATE OF SERVICE

       I, John E. Huston, an attorney of record for Defendant Barry S. Maram, in his official capacity as Director of the Illinois Department of Healthcare and Family Services, hereby certify that, on July 30, 2008, true and correct copies of the foregoing (1) NOTICE OF MOTION, (2) DEFENDANT MARAM'S MOTION TO DISMISS THE PLAINTIFF'S THIRD STATEMENT OF CLAIM, and (3) DEFENDANT MARAM'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS THE PLAINTIFF'S THIRD STATEMENT OF CLAIM were served upon the following counsel of record for Plaintiff through the District Court's Electronic Case Filing system:

    Steven C. Perlis
    Helen Mesoloras
    ELDER LAW OFFICE OF STEVEN C. PERLIS & ASSOCIATES, P.C.
    3345 N. Arlington Heights Rd., Suite D
    Arlington Heights, Illinois  60004-1591

    James A. Lang
    Assistant Attorney General
    100 W. Randolph St. 13th Floor
    Chicago, IL  60601


                                                                                           /s/ John E. Huston
                                                                                   Senior Assistant Attorney General