IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA L. MACK (a/k/a LYNNE L. MACK) ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARRY S. MARAM, in his official capacity ) <br> as Director of the Illinois Department of ) <br> Healthcare and Family Services; and ) <br> CAROL L. ADAMS, in her official capacity ) <br> as Secretary of the Illinois Department of ) <br> Human Services, ) <br> ) <br> Defendants. ) | No. 08 C 3127 <br><br> Judge Kennelly <br> Magistrate Judge Cox |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND HER VERIFIED COMPLAINT AND FILE HER FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, LINDA L. MACK (a/k/a LYNNE L. MACK), by and through her attorneys, STEVEN C. PERLIS and HELEN MESOLORAS, attorneys with the ELDER LAW OFFICE OF STEVEN C. PERLIS & ASSOCIATES, P.C., and pursuant to Rule 15(a) and specifically Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby requests that this Honorable Court give Plaintiff leave to amend her Verified Complaint received May 30, 2008, and file her First Amended Complaint. This amended pleading seeks to narrow the issues and may streamline these proceedings.

STEVEN C. PERLIS
HELEN MESOLORAS
ELDER LAW OFFICE OF STEVEN C. PERLIS
& ASSOCIATES, P.C
3345 N. Arlington Heights Road, Suite D
Arlington Heights, Illinois 60004
Telephone 847-818-1138
e-mail:  steve@perliselderlaw.com
         helen@perliselderlaw.com

Dated: August 25, 2008

Respectfully submitted,

LINDA L. MACK
(a/k/a LYNNE L. MACK), Plaintiff

By:   /s/ Steven C. Perlis
      Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

STEVEN C. PERLIS, one of the attorneys of record for Plaintiff Linda L. Mack (a/k/a Lynne L. Mack), hereby certifies that he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND HER VERIFIED COMPLAINT AND FILE HER FIRST AMENDED COMPLAINT** to be served by the Court's ECF/electronic mailing system upon the following:

John E. Huston
Christopher S. Gange
Assistant Attorneys General
160 N. LaSalle Street, Suite N-1000
Chicago, Illinois 60601

James A. Lang
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

/s/ Steven C. Perlis