IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA L. MACK (a/k/a LYNNE L. MACK) ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> BARRY S. MARAM, in his official capacity ) <br> as Director of the Illinois Department of ) <br> Healthcare and Family Services, and ) <br> CAROL L. ADAMS, in her official capacity ) <br> as Secretary of the Illinois Department of ) <br> Human Services, ) <br> ) <br> Defendants. ) | No.   08 C 3127 <br><br> Judge Kennelly <br> Magistrate Judge Cox |

## NOTICE OF MOTION

TO:   John E. Huston                                         James A. Lang
      Christopher S. Gange                                   Assistant Attorney General
      Assistant Attorneys General                            100 W. Randolph St., 13th Floor
      160 N. LaSalle Street, Suite N-1000                    Chicago, Illinois 60601
      Chicago, Illinois 60601

    PLEASE TAKE NOTICE THAT on August 29, 2008, at 9:00 a.m. the undersigned shall appear before the Honorable Matthew F. Kennelly, United States District Court Judge, in Room 2188 or such other Room or Courtroom as the court sees fit, of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and present Plaintiff's Motion For Leave of Court To Amend Her Verified Complaint and File Her First Amended Complaint. A true and correct copy of the Plaintiff's Motion For Leave of Court To Amend Her Verified Complaint and File Her First Amended Complaint, filed electronically with the Clerk of the United District Court for the Northern District of Illinois, is hereby served upon you.

STEVEN C. PERLIS                                            LINDA L. MACK
HELEN MESOLORAS                                             (a/k/a LYNNE L. MACK)
ELDER LAW OFFICE OF STEVEN C. PERLIS
& ASSOCIATES, P.C.                                          By:  _/s/ Steven C. Perlis_
3345 N. Arlington Heights Road, Suite D                          Attorney for Plaintiff
Arlington Heights, Illinois 60004
Telephone 847-818-1138
e-mail:  steve@perliselderlaw.com
         helen@perliselderlaw.com

Dated: August 25, 2008

## CERTIFICATE OF SERVICE

I, Steven C. Perlis, an attorney of record for Plaintiff, Linda L. Mack (a/k/a Lynne L. Mack), do hereby certify that on August 25, 2008, true and correct copies of the foregoing (1) PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND HER VERIFIED COMPLAINT AND FILE HER FIRST AMENDED COMPLAINT, and (2) NOTICE OF MOTION, were served upon the following counsel of record for Defendants through the District Court's Electronic Case Filing system:

John E. Huston
Christopher S. Gange
Assistant Attorneys General
160 N. LaSalle Street, Suite N-1000
Chicago, Illinois 60601

James A. Lang
Assistant Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

/s/ Steven C. Perlis
Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA L. MACK (a/k/a LYNNE L. MACK)     )<br>                                                                    )<br>                    Plaintiff,                             )<br>                                                                    )<br>          v.                                                     )<br>                                                                    )<br>BARRY S. MARAM, in his official capacity  )<br>as Director of the Illinois Department of     )<br>Healthcare and Family Services; and          )<br>CAROL L. ADAMS, in her official capacity  )<br>as Secretary of the Illinois Department of     )<br>Human Services,                                         )<br>                                                                    )<br>                    Defendants.                         ) | No. 08 C 3127<br><br>Judge Kennelly<br>Magistrate Judge Cox |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND HER VERIFIED COMPLAINT AND FILE HER FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, LINDA L. MACK (a/k/a LYNNE L. MACK), by and through her attorneys, STEVEN C. PERLIS and HELEN MESOLORAS, attorneys with the ELDER LAW OFFICE OF STEVEN C. PERLIS & ASSOCIATES, P.C., and pursuant to Rule 15(a) and specifically Rule 15(a)(2) of the Federal Rules of Civil Procedure, hereby requests that this Honorable Court give Plaintiff leave to amend her Verified Complaint received May 30, 2008, and file her First Amended Complaint. This amended pleading seeks to narrow the issues and may streamline these proceedings.

STEVEN C. PERLIS
HELEN MESOLORAS
ELDER LAW OFFICE OF STEVEN C. PERLIS
& ASSOCIATES, P.C
3345 N. Arlington Heights Road, Suite D
Arlington Heights, Illinois 60004
Telephone 847-818-1138
e-mail:  steve@perliselderlaw.com
              helen@perliselderlaw.com

Dated: August 25, 2008

Respectfully submitted,

LINDA L. MACK
(a/k/a LYNNE L. MACK), Plaintiff

By:     */s/ Steven C. Perlis*
           Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

      STEVEN C. PERLIS, one of the attorneys of record for Plaintiff Linda L. Mack (a/k/a Lynne L. Mack), hereby certifies that he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND HER VERIFIED COMPLAINT AND FILE HER FIRST AMENDED COMPLAINT** to be served by the Court's ECF/electronic mailing system upon the following:

John E. Huston
Christopher S. Gange
Assistant Attorneys General
160 N. LaSalle Street, Suite N-1000
Chicago, Illinois 60601

James A. Lang
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601

                                                                                      */s/ Steven C. Perlis*