# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3127 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Mack vs. Maram | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with attorneys for all parties. Responses to amended complaint are to be filed by 9/19/2008. Plaintiff's motion for leave to amend is granted. Plaintiff's attorney confirms that plaintiff is asserting only official-capacity claims, not individual-capacity claims. The parties are again ordered to comply with Judge Kennelly's initial standing order. Status hearing continued to 9/22/2008 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|